```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT PIERCE DIVISION
                    CASE NO. 06-14055-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ALVIO ROBERTO PENN,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to the Magistrate Judge Frank J. Lynch, on November 6, 2006. A Report and Recommendation filed on November 16, 2006 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Two of the Indictment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of November, 2006.

                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Robert Waters, AUSA
        Michael Smith, Esq.